**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

In re

SHELDON F. GOOD REALTY, INC.,

     Debtor.

Chapter 11

Case No. 09-12536

-----------------------------------------------------------

In re

SHELDON GOOD & COMPANY
AUCTIONS, NORTHEAST, LLC,

     Debtor.

Chapter 11

Case No. 09-12535

-----------------------------------------------------------

In re

SHELDON GOOD & COMPANY
AUCTIONS, LLC,

     Debtor.

Chapter 11

Case No. 09-12538

-----------------------------------------------------------

In re

SHELDON GOOD & COMPANY
BROKERAGE, LLC,

     Debtor.

Chapter 11

Case No. 09-12540

-----------------------------------------------------------

In re

SHELDON GOOD & COMPANY
COLORADO, LLC,

     Debtor.

Chapter 11

Case No. 09-12541

----------------------------------------------------------

In re

SHELDON GOOD & COMPANY
INTERNATIONAL, LLC,

       Debtor.

----------------------------------------------------------

Chapter 11

Case No. 09-12542

In re

SHELDON GOOD & COMPANY
OF CALIFORNIA, INC.,

       Debtor.

----------------------------------------------------------

Chapter 11

Case No. 09-12543

In re

SHELDON GOOD & COMPANY
RESIDENTIAL SALES, INC.,

       Debtor.

----------------------------------------------------------

Chapter 11

Case No. 09-12544

In re

SHELDON GOOD & COMPANY, INC.,

       Debtor.

----------------------------------------------------------

Chapter 11

Case No. 09-12545

In re

STEVEN GOOD PARTNERS
INTERNATIONAL, LLC,

       Debtor.

----------------------------------------------------------

Chapter 11

Case No. 09-12547

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF THE
DEBTORS' CHAPTER 11 CASES**

Upon the motion dated April 24, 2009 (the "Motion") of Sheldon Good & Company Auctions, Northeast, LLC, et al. and its affiliated debtors and debtors in possession in the above captioned case (each a "Debtor" and, collectively, the "Debtors") for an order directing joint administration of the Debtors' chapter 11 cases, as more fully set forth in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee, (ii) those parties listed as the Debtors' 20 largest unsecured creditors, (iii) counsel to J.P. Morgan Chase, N.A., (iv) counsel to Cuticelli Capital, LLC, (v) the District Director of the Internal Revenue Service, (vi) the U.S. Attorney for the Southern District of New York, and (vii) those persons who file and serve a notice of appearance in the Case pursuant to Rules 2002, 3017(a), and/or 9010 of the Bankruptcy Rules; and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that the caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------

|  |  |
|---|---|
| In re | Chapter 11 |
| SHELDON GOOD & COMPANY AUCTIONS, NORTHEAST, LLC, *et al.*[1] | Case No. 09-12535-BRL |
| Debtors. | Judge Lifland |
|  | (Jointly Administered) |

----------------------------------------------------------

; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases commenced by Sheldon F. Good Realty, Inc., Sheldon Good & Company Auctions, Northeast, LLC, Sheldon Good & Company Auctions, LLC, Sheldon Good & Company Brokerage, LLC, Sheldon Good & Company Colorado, LLC, Sheldon Good & Company International, LLC, Sheldon Good & Company of California, Inc., Sheldon Good & Company Residential Sales, Inc., Sheldon Good & Company, Inc., and Steven Good Partners International, LLC. The docket in Case No. 09-12535-BRL should

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sheldon F. Good Realty, Inc. (0375), Sheldon Good & Company Auctions, Northeast, LLC (6151), Sheldon Good & Company Auctions, LLC (6728), Sheldon Good & Company Brokerage, LLC (6727), Sheldon Good & Company Colorado, LLC (5773), Sheldon Good & Company International, LLC (1334), Sheldon Good & Company of California, Inc. (6729), Sheldon Good & Company Residential Sales, Inc. (5238), Sheldon Good & Company, Inc. (9051), and Steven Good Partners International, LLC (6729). The mailing address and principal place of business of Sheldon Good & Company, Auctions, Northeast, LLC is 18 E. 41st Street, Suite 1600, New York, NY 10017-6222, and the mailing address for each other Debtor is 333 W. Wacker Drive, Suite 400, Chicago, IL 60606.

be consulted for all matters affecting the above listed cases. and it is further

ORDERED that the Debtors are authorized to file monthly operating reports required by the Operating Guidelines and Financial Reporting Requirements promulgated by the U.S. Trustee on a consolidated basis if the Debtors determine, after consultation with the U.S. Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and would accurately reflect the Debtors' consolidated business operations and financial affairs; and it is further

ORDERED that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 30, 2009
      New York, New York

                              /s/Burton R. Lifland_____
                              UNITED STATES BANKRUPTCY JUDGE