Heidi J. Sorvino (HS-6111)
Mark D. Wessel (MW-8145)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399
*Attorneys for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| SG & COMPANY NORTHEAST, LLC, *et al.*,1 : | Case No. 09-12535-BRL |
| : | |
| : | Judge Lifland |
| Debtors. : | |
-----------------------------------------------------------x (Jointly Administered)

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED ON**
**MAY 11, 2010 AT 10:00 A.M.**

1. Debtors Joint Plan of Liquidation Confirmation Hearing
   - Related Documents:
     o Joint Chapter 11 Plan of Liquidation [Docket No. 152]
     o Disclosure Statement Regarding Debtors' Joint Plan of Liquidation [Docket No. 153]
     o Motion to Approve The Form And Content Of The Disclosure Statement Relating To The Debtors Joint Plan Of Liquidation, (Ii) Approving Proposed Solicitation Procedures, (Iii) Approving The Forms Of Ballots, Balloting Instructions, Manner Of Notice And Vote Tabulation Procedures, And (Iv) Scheduling A Hearing And Establishing Notice And Objection Procedures In Respect Of Confirmation Of The Joint Plan Of Liquidation [Docket No. 154]
     o Order (I) Approving The Form and Content of The Disclosure Statement Relating To The Debtors Joint Plan of Liquidation, (II) Approving Proposed Solicitation Procedures, (III) Approving The Forms of Ballots, Balloting Instructions, Manner of Notice and Vote Tabulation Procedures, and (IV) Scheduling a Hearing and

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: SG Realty, Inc. (0375), SG & Company Northeast, LLC (6151), SG & Company Inactive, LLC (6728), SG & Company Brokerage, LLC (6727), SG & Company Colorado, LLC (5773), SG & Company International, LLC (1334), SG & Company of California, Inc. (6729), SG & Company Residential Sales, Inc. (5238), SG & Company Inactive Florida, Inc. (9051), SG Partners International, LLC (6729) each with a mailing address and principal place of business of 333 W. Wacker Drive, Suite 400, Chicago, IL 60606.

Establishing Notice and Objection Procedures in Respect of Confirmation of The Joint Plan of Liquidation [Docket No. 159]
- o Certification of Ballots [Docket No. 173]
- o Memorandum of Law (I) In Support of Confirmation of the Joint Plan of Liquidation and (II) In Response to Objections [Docket No. 175]
- o Memorandum of Law in Further Support of Substantive Consolidation Pursuant to the Debtors' Joint Plan of Liquidation [Docket No. 177]
- o Declaration of Bruce Sayre [Docket No. 178]
- o

- Response(s) Received:
  - o Objection to Confirmation of Debtors' Joint Plan of Liquidation filed by Patrick F. Ross on behalf of Estate of Steven L. Good, Deceased [Docket No. 168]
  - o Objection of Misha Haghani to Debtor's Joint Plan of Liquidation filed by Misha Haghani [Docket No. 174]

- Status: Hearing continued until **May 26, 2010 at 10:00 a.m.**

Date: May 10, 2010

*/s/ Heidi J. Sorvino*
Heidi J. Sorvino

# CERTIFICATE OF SERVICE

      I, Heidi J. Sorvino, hereby certify that I am, and at all times during the service herein described was, not less than 18 years of age and not a party to the matter concerning which service was made. I further certify that a true and correct copy of the foregoing pleading was served upon the parties set forth on Exhibit "A" attached hereto on May 10, 2010, and by the service methods indicated thereon:

      This 10th day of May, 2010.


                                              */s/Heidi J. Sorvino*
                                              Heidi J. Sorvino

LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399

**Exhibit A**

*Via First Class Mail*
United States Trustee
Attn: Richard Morrissey
33 Whitehall Street
New York, NY 10004

Honorable Burton R. Lifland
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

United States Attorney
One St. Andrew's Plaza
New York, NY 10007

Internal Revenue Service
Attn: District Director
120 Church Street, 3rd Floor
New York, NY 10008

Misha Haghani
6 Dolly Cam Lane
Glen Head, NY 11545

John T. Ruskusky, Esq.
Patrick F. Ross, Esq.
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602

*Via ECF*
All Parties requesting ECF Notification