Heidi J. Sorvino (HS-6111)
Mark D. Wessel (MW-8145)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399
*Attorneys for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                      :
                                                           : Chapter 11
SG & COMPANY NORTHEAST, LLC, *et al.*,1 : Case No. 09-12535-BRL
                                                           :
                                                           : Judge Lifland
            Debtors.            :
-----------------------------------------------------------x (Jointly Administered)

**NOTICE OF ADJOURNMENT OF THE HEARINGS ON**
**(I) CONFIRMATION OF THE DEBTORS' JOINT PLAN OF LIQUIDATION, AND**
**(II) THE DEBTORS' OBJECTION TO THE PROOF OF CLAIM**
**FILED BY THE ESTATE OF STEVEN L. GOOD**

1. Debtors' Joint Plan of Liquidation Confirmation Hearing
   - Related Documents:
     - Joint Chapter 11 Plan of Liquidation [Docket No. 152]
     - Disclosure Statement Regarding Debtors' Joint Plan of Liquidation [Docket No. 153]
     - Motion to Approve The Form And Content Of The Disclosure Statement Relating To The Debtors Joint Plan Of Liquidation, (Ii) Approving Proposed Solicitation Procedures, (Iii) Approving The Forms Of Ballots, Balloting Instructions, Manner Of Notice And Vote Tabulation Procedures, And (Iv) Scheduling A Hearing And Establishing Notice And Objection Procedures In Respect Of Confirmation Of The Joint Plan Of Liquidation [Docket No. 154]
     - Order (I) Approving The Form and Content of The Disclosure Statement Relating To The Debtors Joint Plan of Liquidation, (II) Approving Proposed Solicitation Procedures, (III) Approving The Forms of Ballots, Balloting Instructions, Manner

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: SG Realty, Inc. (0375), SG & Company Northeast, LLC (6151), SG & Company Inactive, LLC (6728), SG & Company Brokerage, LLC (6727), SG & Company Colorado, LLC (5773), SG & Company International, LLC (1334), SG & Company of California, Inc. (6729), SG & Company Residential Sales, Inc. (5238), SG & Company Inactive Florida, Inc. (9051), SG Partners International, LLC (6729) each with a mailing address and principal place of business of 333 W. Wacker Drive, Suite 400, Chicago, IL 60606.

of Notice and Vote Tabulation Procedures, and (IV) Scheduling a Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of The Joint Plan of Liquidation [Docket No. 159]
    - Certification of Ballots [Docket No. 173]
    - Memorandum of Law (I) In Support of Confirmation of the Joint Plan of Liquidation and (II) In Response to Objections [Docket No. 175]
    - Notice of Adjournment [Docket No. 176]
    - Memorandum of Law in Further Support of Substantive Consolidation Pursuant to the Debtors' Joint Plan of Liquidation [Docket No. 177]
    - Declaration of Bruce Sayre [Docket No. 178]
    - Notice of Adjournment [Docket No. 179]
    - Notice of Adjournment [Docket No. 183]
    - Consent to Different Treatment of Administrative Claim by Smith, Gambrell & Russell, LLP [Docket No. 185]
    - Consent to Different Treatment of Administrative Claim by Much Shelist Denenberg Ament and Rubenstein, P.C. [Docket No. 186]
    - Consent to Different Treatment of Administrative Claim by Miller, Cooper & Co., Ltd. [Docket No. 187]
    - Consent to Different Treatment of Administrative Claim by Varga Berger Ledsky Hayes & Casey, P.C. [Docket No. 188]
    - Notice of Continuation [Docket No. 190]

  - Response(s) Received:
    - Objection to Confirmation of Debtors' Joint Plan of Liquidation filed by Patrick F. Ross on behalf of Estate of Steven L. Good, Deceased [Docket No. 168]
    - Objection of Misha Haghani to Debtor's Joint Plan of Liquidation filed by Misha Haghani [Docket No. 174]
    - Memorandum of Law in Support of Objection to Confirmation of Debtors' Joint Plan of Liquidation by the Estate of Steven L. Good [Docket No. 184]

  - Status: Hearing continued until **August 3, 2010 at 10:00 a.m.**

2. Debtors' Objection to the Proof of Claim filed by the Estate of Steven L. Good
   - Related Documents:
     - Notice of Objection to Claims of the Estate of Steven L. Good [Docket No. 161]

   - Status: Hearing continued until **August 3, 2010 at 10:00 a.m.**

Date: July 9, 2010

*/s/ Mark D. Wessel*
Mark D. Wessel

# CERTIFICATE OF SERVICE

  I, Mark D. Wessel, hereby certify that I am, and at all times during the service herein described was, not less than 18 years of age and not a party to the matter concerning which service was made. I further certify that a true and correct copy of the foregoing Notice of Adjournment was served upon the parties set forth on Exhibit "A" attached hereto on July 9, 2010, and by the service methods indicated thereon:

  This 9th day of July, 2010.

                 */s/Mark D. Wessel*
                 Mark D. Wessel

LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399

**Exhibit A**

*Via First Class Mail*
United States Trustee
Attn: Richard Morrissey
33 Whitehall Street
New York, NY 10004

Honorable Burton R. Lifland
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Misha Haghani
6 Dolly Cam Lane
Glen Head, NY 11545

John T. Ruskusky, Esq.
Patrick F. Ross, Esq.
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602

*Via ECF*
All Parties requesting service through the Court's ECF Notification system.